**Opinion issued September 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00700-CV

———————————

## IN RE CITY OF HOUSTON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, City of Houston, filed a petition for writ of mandamus requesting that we compel the trial court to rule on the City's summary judgment motion pending in the underlying case.[1] The City subsequently filed a motion to dismiss this original proceeding as moot because, the day after the mandamus petition was filed, the trial

---

[1] The underlying case is *David Allsup v. The City of Houston*, cause number 2018-16448, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.

court signed an order granting the City's motion for summary judgment. Accordingly, we grant the motion and dismiss this original proceeding as moot. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.